ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>LOS PRADOS COMMUNITY ASSOCIATION; SUMMIT REAL ESTATE GROUP, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-02493-RFB-BNW<br><br>**JOINT STIPULATION TO COORDINATE SUMMARY JUDGMENT BRIEFING [ECF NOS. 55, 58]**<br><br>**[FIRST REQUEST]** |
| AND RELATED CASES | |

Bank of America, N.A., Los Prados Community Association, and Summit Real Estate Group, LLC agree and request the court coordinate deadlines with respect to summary judgment motions filed by Bank of America and Summit. (ECF Nos. 55, 58.)

Bank of America filed its summary judgment motion on June 1, 2020. (ECF No. 55.) Summit and Los Prados responded on June 22, 2020. (ECF Nos. 56, 57.) The current deadline for Bank of America to file a reply in support of its summary judgment motion is July 6, 2020.

Summit filed its summary judgment motion on June 22, 2020. (ECF No. 58.) Los Prados joined on June 23, 2020. (ECF No. 59.) The current deadline for Bank of America to file an opposition to Summit's summary judgment motion and Los Prados's joinder is July 13, 2020.

1

In an effort to coordinate briefing schedules, the parties agree and request the court keep July 13, 2020 as Bank of America's deadline to file a response to Summit's summary judgment motion and Los Prados's joinder. The parties also agree and request the court set July 27, 2020 as the deadline for the parties to file replies supporting the summary judgment motions filed by Bank of America and Summit. (ECF Nos. 55, 58.) The deadline for Bank of America to reply in support of its summary judgment motion is the only deadline the parties request to be extended. This is the parties first request to extend this deadline. It is not requested for purposes of undue delay and will not prejudice any party.

DATED: July, 2020

**AKERMAN LLP**

*/s/ Scott R. Lachman*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A.*

**MARQUIS AURBACH COFFING**

*/s/ Michael D. Maupin*
JACK C. JUAN, ESQ.
Nevada Bar No. 6367
MICHAEL D. MAUPIN, ESQ.
Nevada Bar No. 13721
10001 Park Run Drive
Las Vegas, Nevada 89145

*Attorneys for Los Prados Community Association*

**THE WRIGHT LAW GROUP, P.C.**

*/s/ John Henry Wright*
JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89145

*Attorneys for Summit Real Estate Group, Inc.*

**ORDER**

**IT IS SO ORDERED:** _____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 1st day of July, 2020.

2